ORIGINAL

FILED
DEC 1 8 2007
U.S. COURT OF FEDERAL CLAIMS

# In the United States Court of Federal Claims

| | |
|---|---|
| SOUTHEAST RESTORATION, INC.<br>dba AFTERDISASTER<br>1130 West Vandalia Road<br>Greensboro, North Carolina 27406-5606 | |
| Plaintiff, | 07-884 C |
| v. | No. 07- C<br>Judge |
| THE UNITED STATES, | |
| Defendant. | |

## PLAINTIFF'S NOTICE OF DIRECTLY RELATED CASE

Pursuant to RCFC 40.2(a) Southeast Restoration, Inc. hereby discloses that this Case is directly related to the matter pending before this Court in *CCS Industrial Sales, Inc. v. United States*, Fed. Cl. No. 07-337C, Judge Lynn J. Bush.

In this Case Southeast Restoration, Inc. seeks a recovery for remediation services performed by Southeast Restoration, Inc. as a Prime Contractor at the former United States Department of Veterans Affairs Medical Center, New Orleans, Louisiana. Southeast Restoration, Inc. was earlier a Subcontractor to CCS Indus-

trial Sales, Incorporated, and a certified Contract Disputes Act Claim by CCS Industrial Sales, Incorporated is before the Court in the directly related Case.

These Cases are based on similar Claims and each involves Southeast Restoration, Inc., in the earlier case as a Subcontractor, and here as a Prime Contractor.

Consolidation of these two Cases will likely conserve judicial resources and likely will promote an efficient determination of both Civil Actions.

Respectfully submitted,

Cyrus E. Phillips, IV

District of Columbia Bar Number 456500,
Virginia State Bar Number 03135

December 18th, 2007

1828 L Street, N.W., Suite 660
Washington, D.C. 20036-5112

| | |
|---|---|
| Telephone: | (202) 466-7008 |
| Facsimile: | (202) 466-7009 |
| Electronic Mail: | lawyer@procurement-lawyer.com |

Attorney of record for Plaintiff,
Southeast Restoration, Inc.