ORIGINAL

FILED
DEC 1 8 2007
U.S. COURT OF
FEDERAL CLAIMS

# In the United States Court of Federal Claims

SOUTHEAST RESTORATION, INC.
dba AFTERDISASTER
1130 West Vandalia Road
Greensboro, North Carolina 27406-5606

Plaintiff,

v.

THE UNITED STATES,

Defendant.

07-884 C

No. 07- C
Judge

## PLAINTIFF'S DISCLOSURE STATEMENT

Pursuant to RCFC 7.1 Southeast Restoration, Inc. hereby discloses that it is a closely-held North Carolina corporation whose stock is not publicly traded, that it has no parent corporation, and that there is no publicly-held corporation that owns ten percent or more of Plaintiff's stock.

Respectfully submitted,

Cyrus E. Phillips, IV

District of Columbia Bar Number 456500,
Virginia State Bar Number 03135

December 18th, 2007

1828 L Street, N.W., Suite 660
Washington, D.C. 20036-5112

| | |
|---|---|
| Telephone: | (202) 466-7008 |
| Facsimile: | (202) 466-7009 |
| Electronic Mail: | lawyer@procurement-lawyer.com |

Attorney of record for Plaintiff,
Southeast Restoration, Inc.