# ATTACHMENT 1

AFTERDISASTER®
THE WATER AND FIRE EMERGENCY TEAM

November 9, 2005

The purpose of this memo is to document a meeting that I had with Randy Braley and Maria Pizzaro on November 9, 2005 at approximately 9AM in the circular drive in front of the VA Medical Center.

I had met with our attorneys on November 8, 2005 to learn how we should proceed with billing and collecting for the work we were doing at the VA Medical Center. When I explained that we had no contract and were performing services on Verbal Purchase Orders our attorneys became quite alarmed. They recommended that we obtain written documentation of our authorization to perform work.

Before the morning meeting I approached Maria Pizzaro and told her I would like to meet at her convenience to talk about payment and purchase orders. She replied that she would see if she had time and conveyed the attitude that she was not going to be available.

After the morning meeting I approached Maria Pizzaro and Randy Braley about this issue. I asked for written purchase orders and explained our attorneys' concerns.

Evidently during the course of my comments Maria Pizzaro felt that I had implied that we were considering pulling off of the job.

Following is what I was told:

By Maria Pizzaro:

"Your attorneys are not familiar with the FAR's." If they were they would know that this is not a problem.

She stated that the FAR's allow verbal PO's in an emergency situation such as this and accordingly this situation is within the VA's authority. She indicated that we should not be concerned about the absence of written purchase orders.

She assured me that written purchase orders would be available.

She told me that she was just waiting for us to pull off the job because if we did we would be responsible for paying someone else to finish it and be subject to monetary penalties. She indicated that this would be acceptable to them as they would get the job done either way.

P.O. Box 10393 • Greensboro, North Carolina 27404
Phone: 336-294-4321 • Toll Free: 1-800-948-0242 • Fax: 336-855-1144
E-mail: help@afterdisaster.com • Web: www.afterdisaster.com

By Randy Braley:

"We can get another contractor in here to take your place."

"I am authorized to issue verbal purchase orders up to $25,000,000 in a situation like as this."

"We expect the contractors we deal with to have the wherewithal to make the necessary investment in keeping the job going."

I assured them that we were not contemplating walking away and that we wanted the work.

I must have really upset Randy because he called Lee King and told him I had almost gotten us thrown off of the job. He also said that I "demanded" written purchase orders from him and that he did not like anyone demanding anything from him.

I was very threatened by this conversation and concluded that this would be the last time I would challenge either of them. The consequences were too high; lose the job and be forced to pay to another company to complete it. I was also concerned that I had jeopardized my job with AFTERDISASTER by upsetting the individuals we were working for. It was clear to me that we would lose the job if we didn't do things exactly the way they wanted them done. It was also clear to me that we would have to finish the job no matter what.

I abandoned further counsel from our attorney's feeling that it could only make things worse.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 11-9-05.

Zack Howerton III 11-9-05 Date

Zack Howerton, AFTERDISASTER