# ATTACHMENT 2

AFTERDISASTER®
THE WATER AND FIRE EMERGENCY TEAM

May 16th, 2007

Brenda Stewart
Procurement Analyst, VISN 16
Department of Veterans Affairs
4 River Bend Place, Suite 720
Flowood, Mississippi 39232-7619

Subject: Contract Disputes Act, 41 U.S.C. § 605(a) Claims Under Purchase Orders Numbers 586-C60194, 586-C60195, 586-C60204, 586-C60216, and 586-C60218.

Dear Ms. Stewart:

These are Claims under the Contract Disputes Act, 41 U.S.C. § 605(a), Claims that arise under the "Disputes" Clause, Federal Acquisition Regulation 52.233-1, of five Purchase Orders, Purchase Order Numbers 586-C60194, 586-C60195, 586-C60204, 586-C60216 and 586-C60218.

The first of these Claims arises under subparagraph (c) of the Disputes Clause from Invoices not in dispute when submitted, but now deemed to be disputed because these Invoices have not been acted upon in a reasonable time.

Enclosed are notebooks containing the original undisputed Invoices and, as well, Invoices for the continued service deliveries. Additionally, the Attachment setting forth the directives received from Department of Veterans Affairs' on-site representatives is included.

The following chart (next page) summarizes work performed, purchase order numbers, and relevant Claim amounts for continued service deliveries.

P.O. Box 10393 • Greensboro, North Carolina 27404
Phone: 336-294-4321 • Toll Free: 1-800-948-0242 • Fax: 336-855-1144
E-mail: help@afterdisaster.com • Web: www.afterdisaster.com

| Purchase Order | Invoice Number | Date | Description | Balance Past Due |
|---|---|---|---|---|
| 586-C60194 | 31306 | 5/16/2006 | Site Cleanup/ Power Scrub | $ 721.07 |
| | | | Claim Amount for continued service delivery | $ 97,209.50 |
| 586-C60204 | 22806 | 2/19/2007 | Air Scrubbers, Filters, and Set-Up | $ 749,982.83 |
| | | | Claim Amount for continued service delivery | $ 1,069,573.46 |
| 586-C60216 | 31306 | 9/15/2006 | Tree/Vegetation Removal | $ 74,921.55 |
| | | | Claim Amount for continued service delivery | $ 13,583.00 |
| 586-C60218 | 31006 | 3/10/2006 | Parking Garage Pressure Washing | $ 84,704.91 |
| | | | Claim Amount for continued service delivery | $ 34,406.14 |

Note: (The invoice for this one Purchase Order is being sent herein for the first time)

| | | | | |
|---|---|---|---|---|
| 586-C60195 | 51007 | 5/10/2007 | Cleaning – 10G, 9G, 1G, Emergency Room, Patios | $1,385,499.32 |
| | | | Claim Amount for continued service delivery | $ 0.00 |

The total of this first Claim for these disputed Invoices is thus $2,295,829.68 (first amount listed for each Purchase Order).

The total of this second Claim for these continued service deliveries is thus $1,214,772.10 (second amount listed for each Purchase Order).

All five Purchase Orders were issued to Southeast Restoration, Incorporated dba AFTER-DISASTER (AFTERDISASTER) by Randy Braley, and all five Purchase Orders were verbal.

On Friday, October 28th, 2005 Department of Veterans Affairs Representative Maria Pizzaro emailed AFTERDISASTER Purchase Order numbers, along with the assurance that hard copies of the Purchase Orders would be mailed to us within two weeks. Therein she stated "*hard copies of these Pos will be provided within two weeks. All invoices will be sent to Randy for processing*." We never received the actual purchase orders.

The Services rendered on-site at 1601 Perdido Street, New Orleans by AFTERDISASTER were documented by Daily Work Plans and by Production Reports. Copies of Daily Work Plans were provided to Department of Veterans Affairs representatives each and every day, these being hand-delivered to Department of Veterans Affairs on-site representatives, either Randy Braley else Benjamin Coe.

AFTERDISASTER has copies of these Daily Work Plans and Production Reports. These documents, as well as AFTERDISASTER's accounting records, are available for your review at AFTERDISASTER's Office, located at 1130 West Vandalia Road, Greensboro, North Carolina 27406.

When each of these verbal Purchase Orders was issued, an initial amount was established. In all cases except Purchase Order 586-C60195, the services delivered at the agreed-upon prices exceeded the initial amounts.

AFTERDISASTER attempted to resolve this problem on-site in New Orleans. Department of Veterans Affairs on-site representatives threatened AFTERDISASTER with excess costs of job completion by another should AFTERDISASTER cease service delivery once the initial amount was exceeded on a particular Purchase Order. AFTERDISASTER thus continued service deliveries. An account of these directives by Department of Veterans Affairs' on-site representatives is attached.

AFTERDISASTER Claims recompense for the reasonable value of these continued service deliveries as on an implied-in-fact Contract. *Urban Data Systems, Inc. v. United States*, 699 F.2d 1147, 1154-1155 (Fed. Cir. 1983). AFTERDISASTER Claims that the reasonable value of these continued service deliveries is not less than the agreed-upon prices. *Id.*, 699 F.2d, at 1155-1156.

Enclosed herewith, in addition to the Attachment setting forth the directives received from Department of Veterans Affairs' on-site representatives, are notebooks containing the original undisputed Invoices and, as well, Invoices for the continued service deliveries.

The total Claims here made are $3,510,601.78. Interest at statutory rates is due on these Claims from the date that you receive these Claims until the date that these Claims are paid. 41 U.S.C. § 611.

In accordance with 41 U.S.C. § 605(c)(1) and subparagraph (d)(2)(i) of the Disputes Clause, I hereby declare under the penalty of perjury, and I certify, that these $3,510,601.78 Claims are made in good faith, that the supporting data are accurate and complete to the best of my knowledge and belief, that the amount requested accurately reflects the contract adjustment for which

AFTERDISASTER believes that the Government is liable, and that I am duly authorized to certify these Claims on behalf of AFTERDISASTER.

Sincerely,

δ

Lee King

President
Southeast Restoration, Inc.
dba AFTERDISASTER
1130 West Vandalia Road
Post Office Box 10393
Greensboro, North Carolina 27404-0393

Enclosures (as stated)

Cc:
Cyrus E. Phillips, IV
Attorney-at-Law
1828 L Street, N.W., Suite 660
Washington, D.C. 20036-5112
(w/o enclosures)