# ATTACHMENT 3

**DEPARTMENT OF VETERANS AFFAIRS**
**Office of Inspector General**
**Washington, DC 20420**

June 8, 2007

Mr. Lee King, President
Southeast Restoration, Inc.
1130 West Vandalia Road
Greensboro, North Carolina 27404-0393

Dear Mr. King:

At the request of the Department of Veterans Affairs, Veterans Integrated Service Network (VISN) 16 contracting representatives, we are conducting an audit of invoices submitted for cleanup of the former Veterans Affairs Medical Center New Orleans, located at 1601 Perdido Street, New Orleans. Southeast Restoration Inc. dba AfterDisaster (AfterDisaster) initially served as a subcontractor and later as a prime contractor during the cleanup period.

The scope of our audit includes the following AfterDisaster invoices submitted to CCS: 101005, 101805, 102505, 110105, 110805, 111505, 112205, 120605, 121305, 122005, 122705, 13106, 20706, 21406, 10306, 11006, 11706, and 12406. The following purchase orders are also included: C60194, C60195, C60204, C60216, and C60218.

We have reviewed documentation provided by VISN 16 and determined that we need the following items for all effort charged to VA purchase orders, regardless of prime or subcontractor status:

1. Timesheets supporting all labor hours charged.
2. Proposals or cost estimates submitted in support of issued purchase orders.
3. Correspondence with VA personnel referring to agreement to perform certain tasks and other pertinent discussions.

Based on our review of the documentation you provide, we may need to request additional data and/or schedule a site visit. Please express mail requested documents to the following address:

Gerald T. Grahe
Office of Inspector General
Department of Veterans Affairs
Office of Contract Review (55)
801 I Street NW, Room 1171
Washington, DC 20001

If you have any questions, please contact me at (202) 565-8255. Thank you in advance for your cooperation.

Sincerely,

GERALD T. GRAHE
Deputy Director, Office of Contract Review (55)