# In the United States Court of Federal Claims

No. 07-884 C
(Filed January 8, 2008)

* * * * * * * * * * * * * * * * * * * * *
SOUTHEAST RESTORATION, INC., d/b/a AFTERDISASTER,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * *

**ORDER**

On January 7, 2008, the parties filed a Joint Motion for a Stay of Proceedings and Remand. The parties request the court to issue a seventy-five day stay in the subject matter and remand the case to the agency contracting officer for a final decision on plaintiff's claims.[1] The court concurs with the parties that this is an appropriate route in attempting to resolve plaintiff's claims.

For good cause shown, it is hereby **ORDERED** that the parties' Joint Motion for a Stay of Proceedings and Remand is **GRANTED**. The subject matter shall be **SUSPENDED** until further order of the court; and the parties are directed to **FILE** a **Joint Status Report**, on or before **April 4, 2008**, informing the court of the status of proceedings in the subject matter.

s/Lynn J. Bush
LYNN J. BUSH
JUDGE

---

[1]/ On December 27, 2007, plaintiff filed a motion for provisional relief. The parties' joint motion herein request that the court hold any pending motions in abeyance pending the contracting officer's decision. On January 7, 2008, the court issued an order striking plaintiff's motion for provisional relief from the record. Accordingly, at the time of the filing of this order, all pending motions in the subject matter have been addressed.