IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SOUTHEAST RESTORATION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-884C |
| | ) | (Judge Bush) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

UNOPPOSED MOTION
FOR AN EXTENSION OF TIME FOR STAY OF PROCEEDINGS AND REMAND

On January 8, 2008, the Court granted the parties' motion to stay the proceedings in this case and remand the matter to the agency contracting officer for a final decision. The Court further directed that the parties file a joint status report on or before April 4, 2008, concerning the status of proceedings.

The Department of Veterans Affairs (VA) attorney previously assigned to this case is on indefinite sick leave and the matter has been re-assigned to another lawyer at the VA Office of General Counsel. Additionally, the contracting officer needs additional time to prepare her final decision.

For these reasons, the Government respectfully requests that the Court grant an extension of 31 days, to and including May 5, 2008, for the contracting officer to render her final decision. The Government also proposes that the parties file a joint status report informing the Court of the status of the case by Friday, May 9, 2008. Counsel for Southeast Restoration, Inc., does not oppose our request.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ Armando A. Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tel: (202) 307-3390
Fax: (202) 514-8624

Attorneys for Defendant

March 24, 2008

CERTIFICATE OF FILING

I hereby certify that on this 24th day of March, 2008, a copy of the foregoing "UNOPPOSED MOTION FOR AN EXTENSION OF TIME FOR STAY OF PROCEEDINGS AND REMAND" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Armando A. Rodriguez-Feo