# In the United States Court of Federal Claims

No. 07-884 C

(Filed March 26, 2008)

* * * * * * * * * * * * * * * * * * * * * *
SOUTHEAST RESTORATION, INC., d/b/a AFTERDISASTER, *
*Plaintiff*, *
v. *
THE UNITED STATES, *
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On March 24, 2008, defendant filed an Unopposed Motion for an Extension of Time for Stay of Proceedings and Remand. Defendant reports that the contracting officer needs additional time to prepare her final decision and that the government's agency counsel has become ill resulting in matter being re-assigned to new agency counsel. Accordingly, defendant requests that the court grant the parties an extension of thirty one days, to and including May 5, 2008, for the contracting officer to render her final decision and proposes that the parties file a joint status report informing the court of the status of the case by May 9, 2008.

On March 25, 2008, a conference call was held between the parties' counsel and the undersigned. Counsel assured the court that progress was being made and that the contracting officer should issue a final decision within the time requested and that the parties would then be in a positive position to enter into settlement negotiations.

For good cause shown, it is hereby **ORDERED** that defendant's Unopposed Motion for an Extension of Time for a Stay of Proceedings and Remand is **GRANTED**. The subject matter shall be **SUSPENDED** until further order of the

court; and the parties are directed to **FILE** a **Joint Status Report**, on or before **May 9, 2008**, informing the court of the status of proceedings in the subject matter.

s/Lynn J. Bush
LYNN J. BUSH
JUDGE