# ATTACHMENT 1

G.V. (SONNY) MONTGOMERY
DEPARTMENT OF VETERANS AFFAIRS
MEDICAL CENTER
1500 E. WOODROW WILSON DRIVE
JACKSON, MS 39216-5199

July 17, 2007

In Reply Refer To: 586/136C

Mr. Cyrus E. Phillips, IV
Attorney At Law
1828 L Street, NW Suite 660
Washington, DC 20046-5112

Dear Mr. Phillips:

This is in response to your Freedom of Information Act (FOIA) request dated May 2, 2007 to the Department of Veterans Affairs (VA), Director Information Management Service in which you asked for a copy of listed purchase orders you believe to concern remediation services ordered for the VA facility formerly located in New Orleans Louisiana. Your request was referred to the G. V. (Sonny) Montgomery Medical Center to process the information requested. Your request was received on June18, 2007. The purchase orders you requested: 586-C60194, 586-C60195, 586-C60204, 586-C60216, and 596-C60218 are enclosed.

If you have any questions regarding this information, please feel free to contact me at 601 362-4471 ext. 6190.

Sincerely yours,

Katherine Gavin
Freedom of Information Officer

Enclosures:

**EMERGENCY** *REPRINT* PURCHASE ORDER FOR SUPPLIES OR SERVICES (JUL 02, 2007@14:35:26)

ISSUING OFFICE:
Dept. of Veterans Affairs Medical Center
VA MEDICAL CENTER 1500 E. WOODROW WILSON
JACKSON, MS 39216

REQUESTING SERVICE:
FACILITY MGMT-ENGINEERING(138)

DEL. TO: VAMC New Orleans, LA

VENDOR:
AfterDisaster
PO Box 10393
Greensboro NC 27404

336-669-0113 FAX: 336-855-1144

SHIP TO:
CHIEF, A&MM C60194
V.A. Medical Center
VA MEDICAL CENTER
1500 E WOODROW WILSON DR
JACKSON, MS 39216

DELIVERY HOURS:
8AM - 4PM

CONFIRMATION COPY, PLEASE DO NOT DUPLICATE

FOB POINT: DESTINATION
GOV'T BL #:
PURCHASE ORDER
DELIVER ON/BEFORE 12/27/2005
DISCOUNT TERM: NET30
SHIP VIA:

PROPOSAL: N/A

CONTRACT:

MAIL INVOICE TO:
FISCAL SERVICE
VA MEDICAL CENTER
1500E WOODROW WILSON

JACKSON, MS 39216

| ITEM | DESCRIPTION | QTY | UNIT | UNIT COST | TOTAL COST |
|---|---|---|---|---|---|
| 1 | Provide all labor and materials required to:<br><br>1. Power wash all exterior stained surfaces in accordance with direction from on-site Resident Engineer. 2. Remove all damaged trees and shrubs from the VAMC New Orleans, LA site in accordance with direction from on-site Resident Engineer.<br>BOC: 2580 FMS LINE: 001 | 1 | EA | 75000.0000 | 75000.00 |

ITEMS CONTINUED ON NEXT PAGE

AUTHORITY FOR PURCHASE: FAR 13
P.O. NO.: 586-C60194
PO DATE: 10/27/2005
EST. TOTAL: 75000.00

CONTRACTING OFFICER: /ES/MARIA J PIZARRO
DATE SIGNED: 10/28/2005@11:52
PHONE: 601-364-7882
FAX: 601-364-7996

FUND CERTIFICATION: The supplies/services listed on this request are properly chargeable to the following allotments, the available balances of which are sufficient to cover the cost thereof, and funds have been obligated.

APPROPRIATION: 3660162-582
COST CENTER: 850100
SOURCE CODE: SUPPLY-2 FISCAL-3
FCP/PRJ: 010065227

OBLIGATED BY: /ES/ERICA J WHITE DATE: 10/31/2005
BOC1: 2580 AMOUNT1: 75000.00 FMS LINE: 001

90-2138-7-ADP, JAN 1984

ORDER FOR SUPPLIES OR SERVICES (CONTINUATION)
PAGE NO. 2 OF 2 PAGES
DATE: 10/27/2005 PO # C60194
ISSUING OFFICE: DEPT. OF VETERANS AFFAIRS
VENDOR: AfterDisaster

| ITEM | DESCRIPTION | QTY | UNIT | UNIT COST | TOTAL COST |
|---|---|---|---|---|---|

*** ESTIMATED PURCHASE ORDER *** Cleaning required due to damage resulting from Hurricane Katrina and subsequent flooding

V.A. TRANSACTION NUMBERS:
586-06-1-582-0028

TOTALS CARRIED FORWARD TO FIRST SHEET: 0.00

**EMERGENCY** *REPRINT* PURCHASE ORDER FOR SUPPLIES OR SERVICES (JUL 02, 2007@14:35:32)

ISSUING OFFICE:
Dept. of Veterans Affairs Medical Center
VA MEDICAL CENTER 1500 E. WOODROW WILSON
JACKSON, MS 39216

REQUESTING SERVICE:
FACILITY MGMT-ENGINEERING(138)

DEL. TO: VAMC New Orleans, LA

VENDOR:
AfterDisaster
PO Box 10393
Greensboro NC 27404

336-669-0113 FAX: 336-855-1144

SHIP TO:
CHIEF, A&MM C60195
V.A. Medical Center
VA MEDICAL CENTER
1500 E WOODROW WILSON DR
JACKSON, MS 39216

DELIVERY HOURS:
8AM - 4PM

CONFIRMATION COPY, PLEASE DO NOT DUPLICATE

FOB POINT: DESTINATION
GOV'T BL #:
PURCHASE ORDER
DELIVER ON/BEFORE 2/9/2007
DISCOUNT TERM: NET30
SHIP VIA:

PROPOSAL: N/A

CONTRACT:

MAIL INVOICE TO:
FISCAL SERVICE
VA MEDICAL CENTER
1500E WOODROW WILSON

JACKSON, MS 39216

| ITEM | DESCRIPTION | QTY | UNIT | UNIT COST | TOTAL COST |
|---|---|---|---|---|---|
| 1 | Provide all material and labor necessary to final clean Floors 1 through 10 at the VAMC New Orleans, LA. Prior to commencement of cleaning operations submit for approval written procedures which will be utilized for cleaning and final clearance of the facility. Written procedures shall be developed with assistance from AMI. Additional activities to be included in this PO include but are not limited to: | 1 | EA | 1500000.0000 | 1500000.00 |

1. Removal, cleaning, stroage and reinstallation of cubical curtains. on the 9th and 10th floors.

2. Disposal of all Sharps containers in accordance with established industry standards and included in the above referenced "written procedures".

All personnel perfoming cleaning operation shall wear appropriate PPE as established by AMI and included in above referenced

"written procedures".
************************

BOC: 2580 FMS LINE: 001

ITEMS CONTINUED ON NEXT PAGE

---

| AUTHORITY FOR PURCHASE | P.O. NO. | PO DATE | EST. TOTAL: 1500000.00 | |
|---|---|---|---|---|
| FAR 13 | 586-C60195 | 10/27/2005 | | |
| CONTRACTING OFFICER | | DATE SIGNED | PHONE | FAX |
| /ES/MARIA J PIZARRO | | 10/28/2005@12:00 | 601-364-7882 | 601-364-7996 |

---

FUND CERTIFICATION: The supplies/services listed on this request are properly chargeable to the following allotments, the available balances of which are sufficient to cover the cost thereof, and funds have been obligated.

APPROPRIATION: 3660162-582 OBLIGATED BY: /ES/ERICA J WHITE DATE: 10/31/2005
COST CENTER: 850100 BOC1: 2580 AMOUNT1: 1500000.00 FMS LINE: 001
SOURCE CODE: SUPPLY-2 FISCAL-3
FCP/PRJ: 010065227

90-2138-7-ADP, JAN 1984

ORDER FOR SUPPLIES OR SERVICES (CONTINUATION)
PAGE NO. 2 OF 2 PAGES
DATE: 10/27/2005 PO # C60195
ISSUING OFFICE: DEPT. OF VETERANS AFFAIRS
VENDOR: AfterDisaster

| ITEM | DESCRIPTION | QTY | UNIT | UNIT COST | TOTAL COST |
| --- | --- | --- | --- | --- | --- |

*** ESTIMATED PURCHASE ORDER *** Action required as a result of Hurricane Katrina and subsequent flooding.

V.A. TRANSACTION NUMBERS:
586-06-1-582-0029

TOTALS CARRIED FORWARD TO FIRST SHEET: 0.00

90-2139-ADP, MAY 1985

**EMERGENCY** *REPRINT* PURCHASE ORDER FOR SUPPLIES OR SERVICES (JUL 02, 2007@14:35:36)

ISSUING OFFICE:
Dept. of Veterans Affairs Medical Center
VA MEDICAL CENTER 1500 E. WOODROW WILSON
JACKSON, MS 39216

REQUESTING SERVICE:
FACILITY MGMT-ENGINEERING(138)

DEL. TO: VAMC New Orleans, LA

VENDOR:
AfterDisaster
PO Box 10393
Greensboro NC 27404

336-669-0113 FAX: 336-855-1144

CONFIRMATION COPY, PLEASE DO NOT DUPLICATE

SHIP TO:
CHIEF, A&MM C60204
V.A. Medical Center
VA MEDICAL CENTER
1500 E WOODROW WILSON DR
JACKSON, MS 39216

DELIVERY HOURS:
8AM - 4PM

FOB POINT: DESTINATION
GOV'T BL #:
PURCHASE ORDER
DELIVER ON/BEFORE 2/9/2007
DISCOUNT TERM: NET30
SHIP VIA:

PROPOSAL: N/A

CONTRACT:

MAIL INVOICE TO:
FISCAL SERVICE
VA MEDICAL CENTER
1500E WOODROW WILSON

JACKSON, MS 39216

| ITEM | DESCRIPTION | QTY | UNIT | UNIT COST | TOTAL COST |
|---|---|---|---|---|---|
| 1 | Provide all labor and material to place and maintain HEPA equipment at VAMC New Orleans, LA to scrub air on Floors 1 through 10. HEPA equipment will be remain in operation until building environment has been cleared. Units shall be placed to accomplish one (1) air exchange per hour. **************** . BOC: 2580 FMS LINE: 001 | 1 | EA | 750000.0000 | 750000.00 |

ITEMS CONTINUED ON NEXT PAGE

AUTHORITY FOR PURCHASE: FAR 13
P.O. NO.: 586-C60204
PO DATE: 10/27/2005
EST. TOTAL: 750000.00

CONTRACTING OFFICER: /ES/MARIA J PIZARRO
DATE SIGNED: 11/8/2005@16:52
PHONE: 601-364-7882
FAX: 601-364-7996

FUND CERTIFICATION: The supplies/services listed on this request are properly chargeable to the following allotments, the available balances of which are sufficient to cover the cost thereof, and funds have been obligated.

APPROPRIATION: 3660162-582 OBLIGATED BY: /ES/ERICA J WHITE DATE: 11/9/2005
COST CENTER: 850100 BOC1: 2580 AMOUNT1: 750000.00 FMS LINE: 001
SOURCE CODE: SUPPLY-2 FISCAL-3
FCP/PRJ: 010065227

90-2138-7-ADP, JAN 1984

ORDER FOR SUPPLIES OR SERVICES (CONTINUATION)
ISSUING OFFICE: DEPT. OF VETERANS AFFAIRS

PAGE NO. 2 OF 2 PAGES
DATE: 10/27/2005 PO # C60204
VENDOR: AfterDisaster

| ITEM | DESCRIPTION | QTY | UNIT | UNIT COST | TOTAL COST |
|---|---|---|---|---|---|
| | *** ESTIMATED PURCHASE ORDER *** Contractor shall not exceed the estimated amount on this Purchase Order without written approval from the Contracting Officer. The Government will not be obligated for work performed that exceeds the amount on the face of this PO with a modification. | | | | |

V.A. TRANSACTION NUMBERS:
586-06-1-582-0032

TOTALS CARRIED FORWARD TO FIRST SHEET: 0.00

**EMERGENCY** *REPRINT* PURCHASE ORDER FOR SUPPLIES OR SERVICES (JUL 02, 2007@14:35:41)

ISSUING OFFICE:
Dept. of Veterans Affairs Medical Center
VA MEDICAL CENTER 1500 E. WOODROW WILSON
JACKSON, MS 39216

REQUESTING SERVICE:
FACILITY MANAGEMENT(138)

DEL. TO: VAMC New Orleans, LA

VENDOR:
AfterDisaster
PO Box 10393
Greensboro NC 27404

336-669-0113 FAX: 336-855-1144

CONFIRMATION COPY, PLEASE DO NOT DUPLICATE

SHIP TO:
CHIEF, A&MM C60216
V.A. Medical Center
VA MEDICAL CENTER
1500 E WOODROW WILSON DR
JACKSON, MS 39216

DELIVERY HOURS:
8AM - 4PM

FOB POINT: DESTINATION
GOV'T BL #:
PURCHASE ORDER
DELIVER ON/BEFORE 12/27/2005
DISCOUNT TERM: NET15
SHIP VIA:

PROPOSAL: N/A

CONTRACT:

MAIL INVOICE TO:
FISCAL SERVICE
VA MEDICAL CENTER
1500E WOODROW WILSON

JACKSON, MS 39216

| ITEM | DESCRIPTION | QTY | UNIT | UNIT COST | TOTAL COST |
|---|---|---|---|---|---|
| 1 | Provide all labor and material to: | 1 | EA | 75000.0000 | 75000.00 |

- Remove and dispose of all trees, shrubs and vegetation damaged as a result of Hurricane Katrina. All items to be removed and disposed of will be identified by the on site Resident Engineer. Disposal of removed items shall be in accordance with all Federal, State and Local regulation. All permits required shall be the responsibility of the Contractor. - Remove and dispose of 3 inches of top soil contaminated by Hurricane Katrina and subsequent flooding. Area of removal shall be determined by the on site Resident Engineer. Disposal of removed earthen material shall be in accordance with all Federal, State and Local regulations. Removal shall be accomplished in accordance with Work Plan provide by the Contracting Officer. Disposal of contaminated soil shall be

supported by manifest if required. - Replace removed topsoil. Topsoil shall be clean of all vegetation and rocks 3/4 inch and larger and debris. Submit sample of topsoil to be used to the Resident Engineer for approval. Place topsoil and consolidate to eliminate all clods and provide a smooth planting surface.
Submit sample of topsoil to be used to Resident Engineer

All items to be removed and disposed of will be identified by the on site Residen t Engineer. disposal of all items shall be in accordance with all Federal, State and Local regulations. All permits required for the disposal shall be the responsibility of the Contractor. - Remove and dispose of 3 in ches of top soil which was contaminated by Hurricane will be
********************

BOC: 2580 FMS LINE: 001

ITEMS CONTINUED ON NEXT PAGE

---

| AUTHORITY FOR PURCHASE | P.O. NO. | PO DATE | EST. TOTAL: 75000.00 |
|---|---|---|---|
| FAR 13 | 586-C60216 | 11/11/2005 | |

| CONTRACTING OFFICER | DATE SIGNED | PHONE | FAX |
|---|---|---|---|
| /ES/MARIA J PIZARRO | 11/18/2005@11:27 | 601-364-7882 | 601-364-7996 |

---

FUND CERTIFICATION: The supplies/services listed on this request are properly chargeable to the following allotments, the available balances of which are sufficient to cover the cost thereof, and funds have been obligated.

APPROPRIATION: 3660162-582 OBLIGATED BY: /ES/ERICA J WHITE DATE: 11/22/2005
COST CENTER: 850100 BOC1: 2580 AMOUNT1: 75000.00 FMS LINE: 001
SOURCE CODE: SUPPLY-2 FISCAL-3
FCP/PRJ: 010065227

90-2138-7-ADP, JAN 1984

**EMERGENCY** *REPRINT* PURCHASE ORDER FOR SUPPLIES OR SERVICES (JUL 02, 2007@14:35:48)

ISSUING OFFICE:
Dept. of Veterans Affairs Medical Center
VA MEDICAL CENTER 1500 E. WOODROW WILSON
JACKSON, MS 39216

REQUESTING SERVICE:
FACILITY MANAGEMENT(138)

DEL. TO: VAMC New Orleans, LA

VENDOR:
AfterDisaster
PO Box 10393
Greensboro NC 27404

336-669-0113 FAX: 336-855-1144

SHIP TO:
CHIEF, A&MM C60218
V.A. Medical Center
VA MEDICAL CENTER
1500 E WOODROW WILSON DR
JACKSON, MS 39216

DELIVERY HOURS:
8AM - 4PM

CONFIRMATION COPY, PLEASE DO NOT DUPLICATE

FOB POINT: DESTINATION
GOV'T BL #:
PURCHASE ORDER
DELIVER ON/BEFORE 2/9/2007
DISCOUNT TERM: NET15
SHIP VIA:

PROPOSAL: N/A

CONTRACT:

MAIL INVOICE TO:
FISCAL SERVICE
VA MEDICAL CENTER
1500E WOODROW WILSON

JACKSON, MS 39216

| ITEM | DESCRIPTION | QTY | UNIT | UNIT COST | TOTAL COST |
|---|---|---|---|---|---|
| 1 | Provide all labor and material to power wash floor surfaces of Parking Garage at VAMC New Orleans, LA. Power washing shall be accomplished in accordance with Work Plan provided by Contracting Officer through the on site Resident Engineer. MSDS sheets shall be available on site for all chemicals used for cleaning purposes.<br>BOC: 2580 FMS LINE: 001 | 1 | EA | 85000.0000 | 85000.00 |

ITEMS CONTINUED ON NEXT PAGE

| AUTHORITY FOR PURCHASE | P.O. NO. | PO DATE | EST. TOTAL: 85000.00 |
|---|---|---|---|
| FAR 13 | 586-C60218 | 11/11/2005 | |

| CONTRACTING OFFICER | DATE SIGNED | PHONE | FAX |
|---|---|---|---|
| /ES/MARIA J PIZARRO | 11/18/2005@11:18 | 601-364-7882 | 601-364-7996 |

FUND CERTIFICATION: The supplies/services listed on this request are properly chargeable to the following allotments, the available balances of which are sufficient to cover the cost thereof, and funds have been obligated.

APPROPRIATION: 3660162-582 OBLIGATED BY: /ES/ERICA J WHITE DATE: 11/22/2005
COST CENTER: 850100 BOC1: 2580 AMOUNT1: 85000.00 FMS LINE: 001
SOURCE CODE: SUPPLY-2 FISCAL-3
FCP/PRJ: 010065227

90-2138-7-ADP, JAN 1984

ORDER FOR SUPPLIES OR SERVICES (CONTINUATION)
PAGE NO. 2 OF 2 PAGES
DATE: 11/11/2005 PO # C60218
ISSUING OFFICE: DEPT. OF VETERANS AFFAIRS
VENDOR: AfterDisaster

| ITEM | DESCRIPTION | QTY | UNIT | UNIT COST | TOTAL COST |
|---|---|---|---|---|---|

*** ESTIMATED PURCHASE ORDER *** Garage area received considerable debris as a result of Hurricane Katrina.

This is an estimated order and contractor is not to exceed amount on this PO without prior approval from the Contracting Officer.

V.A. TRANSACTION NUMBERS:
586-06-1-582-0053

TOTALS CARRIED FORWARD TO FIRST SHEET: 0.00

90-2139-ADP, MAY 1985