# ATTACHMENT 5

**Cyrus E. Phillips, IV**

**From:** Cyrus E. Phillips, IV [lawyer@procurement-lawyer.com]
**Sent:** Tuesday, April 29, 2008 7:25 AM
**To:** Armando Rodriguez-Feo, Esq.
**Subject:** Southeast Restoration, Inc. dba AFTERDISASTER v. United States, Fed. Cl. No. 07-884C, Judge Lynn J. Bush --

Contracting Officer Brenda Stewart's Final Decision of April 24th is not an acceptable basis to settle either the Claim this Civil Action.

Neither is it acceptable to wait another 60 days before final resolution of the Claim and this Civil Action begins.

Southeast Restoration is willing to meet face-to-face here in Washington with Brenda Stewart and any other representative(s) of the Department of Veterans Affairs and of the United States with authority to settle the Claim and this Civil Action.

Southeast Restoration is ready for this face-to-face meeting at any time, including Saturdays and Sundays, after the date of this electronic message.

Southeast Restoration proposes that these proceedings be continued from Friday, May 9th through Friday, May 23rd, but only on these three conditions:

(1) that there will by then have been a face-to-face meeting here in Washington with representatives of the Department of Veterans Affairs and of the United States with authority to settle the Claim and this Civil Action;

(2) that, if a settlement is not reached, that by Friday, May 23rd the parties will submit to Judge Bush a proposed schedule for discovery, followed by a hearing on the merits;

and (3) that this proposed schedule will include agreed dates for Southeast Restoration to take the depositions of VISN 16 personnel during the month of July 2008.

Southeast Restoration wishes to depose Brenda Stewart, Randy Braley, Ben Coe, and Maria Pizzaro. Southeast Restoration assumes that these depositions will be conducted at the VISN 16 Offices.

The Department of Veterans Affairs may depose any of Southeast Restoration's officers and employees that it wishes, and Southeast Restoration offers to make these Southeast Restoration officers and employees available for depositions here in Washington. The Department of Veterans Affairs is welcome to conduct these depositions of Southeast Restoration officers and employees at any time after the date of this electronic message.

In addition to the depositions of VISN 16 and Southeast Restoration personnel, Southeast Restoration wishes also to take the depositions of Sheila Burge and David Burge. Likely these depositions can be taken at VISN 16 in July 2008 after the depositions of VISN 16 personnel are concluded.

Cyrus E. Phillips IV
Virginia State Bar Number 03135

This electronic message is intended only for the use of the individual or entity to which it is addressed, and may contain

information that is privileged or confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, please be aware that any dissemination, distribution, or copying of this message strictly prohibited. If you have received this electronic message in error, please notify me immediately by telephone (1.202.466.7008), or by electronic mail (info@ procurement-lawyer.com).

Although this message and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free, and I accept no responsibility for any loss or damage arising in any way from the use of this message and any attachments.

Thanks.