IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SOUTHEAST RESTORATION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-884C |
| | ) | (Judge Bush) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT FOLLOWING AGENCY'S FINAL DECISION

On May 1, 2008, plaintiff, Southeast Restoration, Inc. ("Southeast"), filed its status report concerning its position in this litigation following the agency contracting officer's final decision of April 24, 2008. After providing Southeast a copy of the contracting officer's decision, Government counsel proposed a 60-day stay for the purpose of negotiating a possible settlement. Southeast proposed a two-week extension and demanded a face-to-face meeting with the contracting officer in Washington, DC.

Counsel for the parties conferred by telephone on May 1, 2008. In that conversation, counsel for Southeast suggested, among other things, that Southeast had additional factual questions that were not addressed in the contracting officer's final decision and desired to conduct discovery.

Therefore, the Government proposes that the Court direct the parties to prepare their joint preliminary status report and suggested discovery schedule by May 30, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ Armando A. Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tel: (202) 307-3390
Fax: (202) 514-8624

Attorneys for Defendant

May 6, 2008

CERTIFICATE OF FILING

I hereby certify that on this 6th day of May, 2008, a copy of the foregoing "DEFENDANT'S STATUS REPORT FOLLOWING AGENCY'S FINAL DECISION" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Armando A. Rodriguez-Feo