# In the United States Court of Federal Claims

No. 07-884 C

(Filed May 7, 2008)

* * * * * * * * * * * * * * * * * * * * * *
SOUTHEAST RESTORATION, INC., d/b/a AFTERDISASTER, *

*Plaintiff*, *

v. *

THE UNITED STATES, *

*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

## ORDER

On March 26, 2008, the court ordered counsel to file a Joint Status Report on or before May 9, 2008. The court now has before it plaintiff's status report, filed May 1, 2008, and defendant's status report, filed May 6, 2008. Plaintiff reports that the parties have stopped making progress on settlement. Defendant reports that plaintiff expressed a desire to conduct discovery, and that disagreements have arisen as to scheduling. Defendant proposes that the parties file a Joint Preliminary Status Report on or before May 30, 2008, which would include a discovery schedule. Neither party appears to now advocate that the stay of the subject matter be extended for settlement negotiations.

The stay in the subject matter is therefore lifted. Pursuant to Rule 7(a) of the Rules of the United States Court of Federal Claims, "[t]here shall be a complaint and an answer." Defendant must respond to plaintiff's complaint before further proceedings can be scheduled in this case. If settlement prospects improve and the parties wish to expeditiously resolve this dispute, the parties are invited to move for a short stay for that purpose.

Accordingly, it is hereby **ORDERED** that:

(1) The Clerk's Office is directed to **LIFT** the current stay in the subject matter; and

(2) Defendant's **Answer** shall be **FILED** on or before **June 6, 2008**.

s/Lynn J. Bush
LYNN J. BUSH
JUDGE