# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **SOUTHEAST RESTORATION, INC.**<br>**d/b/a AFTERDISASTER**<br>**1130 West Vandalia Road**<br>**Greensboro, North Carolina 27406-5606** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 07-884C**<br>**Judge Lynn J. Bush** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to 28 U.S.C. § 1491(a), 28 U.S.C. § 2517(b), and RCFC 56(a), Southeast Restoration, Inc. d/b/a AFTERDISASTER (AFTERDISASTER), a North Carolina corporation and a small business, Plaintiff herein, hereby files this Motion for entry of a final Partial Summary Judgment in the amount of $2,248,912 plus Contract Disputes Act interest, 41 U.S.C. § 611, from May 16th, 2007.

In support of this Motion for Partial Summary Judgment Plaintiff AFTERDISASTER shows to the Court:

A. As found by United States Department of Veterans Affairs Contracting Officer Brenda Stewart in a Final Decision of Thursday, April 24th, 2008 Plaintiff AFTERDISASTER is owed $2,248,912 for remediation services delivered under Purchase Orders Numbers 586-C6-0194, 586-C6-0195, 586-C6-0204, 586-C6-0216 and 586-C6-0218. Contract Disputes Act interest is running on Plaintiff AFTERDISASTER's Contract Disputes Act Claim of May 16th, 2007 at an annual rate of 4.75 percent per annum, 72 Fed. Reg. 74408 (2007), or a daily rate of $293.

B. Defendant does not challenge United States Department of Veterans Affairs Contracting Officer Brenda Stewart's Final Decision of Thursday, April 24th, 2008. Defendant's Answer, ¶¶ 29. and 34., May 30th, 2008.

C. While piecemeal litigation is to be avoided, there is no just reason to continue to pay accumulated Contract Disputes Act interest pending the resolution of the remainder of Plaintiff AFTERDISASTER's certified Contract Disputes Act Claim of $3,510,602. *Volmar Construction, Inc. v. United States*, 32 Fed. Cl. 746, 761-62 (1995). Payment of final partial judgments is authorized by 28 U.S.C. § 2517(b). *Mazama Timber Products, Inc. v. United States*, 6 Cl. Ct. 87, 90-91 (1984).

Respectfully submitted,

/s/ Cyrus E. Phillips IV

Cyrus E. Phillips IV

District of Columbia Bar Number 456500,
Virginia State Bar Number 03135

June 3rd, 2008

1828 L Street, N.W., Suite 660
Washington, D.C. 20036-5112

Telephone: (202) 466-7008
Facsimile: (202) 466-7009
Electronic Mail: lawyer@procurement-lawyer.com

Attorney of record for Plaintiff,
Southeast Restoration, Inc. d/b/a AFTERDISASTER.

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that on Tuesday, June 3rd, 2008 a true and complete copy of this Plaintiff's Motion for a final Partial Summary Judgment was filed electronically via the Court's Electronic Case Filing System, through which notice of this filing will be sent to:

Armando A. Rodriguez-Feo, Esq.

Electronic Mail: Armando.Rodriguez-Feo@usdoj.gov

Attorney of record for Defendant,
United States Department of Veterans Affairs.

/s/ Cyrus E. Phillips IV

______________________
Cyrus E. Phillips IV