# In the United States Court of Federal Claims

**SOUTHEAST RESTORATION, INC.**
**d/b/a AFTERDISASTER**
**1130 West Vandalia Road**
**Greensboro, North Carolina 27406-5606**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

**No. 07-884C**
**Judge Lynn J. Bush**

**PLAINTIFF'S PROPOSED FINDINGS OF UNCONTROVERTED FACT**

Pursuant to 28 U.S.C. § 1491(a), 28 U.S.C. § 2517(b), and RCFC 56(h)(1), Southeast Restoration, Inc. d/b/a AFTERDISASTER (AFTERDISASTER), a North Carolina corporation and a small business, Plaintiff herein, hereby files its Proposed Findings of Uncontroverted Fact.

1. Plaintiff AFTERDISASTER is the Awardee of Purchase Orders Numbers 586-C6-0194, 586-C6-0195, 586-C6-0204, 586-C6-0216 and 586-C6-0218. Plaintiff's Complaint, ¶ 6., December 18th, 2007; Defendant's Answer, ¶ 6., May 30th, 2008. Purchase Order Number 586-C6-0194 reserves appropriated funds in the amount of $75,000.

Purchase Order Number 586-C6-0195 reserves appropriated funds in the amount of $1,500,000. Purchase Order Number 586-C6-0204 reserves appropriated funds in the amount of $750,000. Purchase Order Number 586-C6-0216 reserves appropriated funds in the amount of $75,000. Purchase Order Number 586-C6-0218 reserves appropriated funds in the amount of $85,000. Attachment 1.

2. Purchase Order Number 586-C6-0194 was signed October 28th, 2005. Plaintiff AFTERDISASTER was paid $74,250 under Purchase Order Number 586-C6-0194 on June 13th, 2006. Purchase Order Number 586-C6-0195 was signed October 28th, 2005. Purchase Order Number 586-C6-0204 was signed November 8th, 2005. Purchase Orders Numbers 586-C6-0216 and 586-C6-0218 were signed November 18th, 2005. Plaintiff AFTERDISASTER has delivered remediation services under Purchase Orders Numbers 586-C6-0194, 586-C6-0195, 586-C6-0204, 586-C6-0216 and 586-C6-0218. Plaintiff AFTERDISASTER has been paid nothing for remediation services delivered under Purchase Orders Numbers 586-C6-0195, 586-C6-0204, 586-C6-0216 and 586-C6-0218.

3. Plaintiff AFTERDISASTER submitted to United States Department of Veterans Affairs Contracting Officer Brenda Stewart on May 16th, 2007 a certified

$3,510,602 Contract Disputes Act Claim for remediation services delivered by Plaintiff AFTERDISASTER under Purchase Orders Numbers 586-C6-0194, 586-C6-0195, 586-C6-0204, 586-C6-0216 and 586-C6-0218. Plaintiff's Complaint, ¶ 28., December 18th, 2007; Defendant's Answer, ¶ 28., May 30th, 2008. This certified Contract Disputes Act Claim seeks recovery of $2,295,830 for remediation services delivered within the amounts established for these Purchase Orders and this certified Contract Disputes Act Claim seeks recovery of $1,214,772 for continued remediation services delivered over and above the amounts established for these Purchase Orders. Attachment 2.

4. On December 18th, 2007 Plaintiff AFTERDISASTER filed with the Court a Complaint on a Claim Under Express Contracts in accordance with RCFC 7(a). Plaintiff AFTERDISASTER seeks declaratory relief and a money judgment under the Contract Disputes Act, 41 U.S.C. § 609(a)(1), and under the Federal Courts Administration Act of 1992, 28 U.S.C. §§ 1491(a)(1), 1491(a)(2). Under 41 U.S.C. § 605(c)(2) Plaintiff AFTERDISASTER challenges the Deemed Denial of a certified Contract Disputes Act Claim for $3,510,602 under express Contracts between AFTERDISASTER and the United States Department of Veterans Affairs (Veterans Affairs), a certified Contract Disputes Act Claim arising under Purchase Orders Numbers 586-C6-0194,

Case 1:07-cv-00884-JJB Document 12 Filed 06/03/2008 Page 4 of 7

586-C6-0195, 586-C6-0204, 586-C6-0216 and 586-C6-0218 for remediation services delivered by Plaintiff AFTERDISASTER at the former United States Department of Veterans Affairs Medical Center, New Orleans, Louisiana. Plaintiff AFTERDISASTER asks for a Money Judgment not less than $3,510,602, allowable interest under 41 U.S.C. § 611, and such other and further relief as may be just and proper.

5. On March 3rd, 2008 the United States Department of Veterans Affairs' Office of Inspector General issued its Report on the costs Claimed by Plaintiff AFTERDISASTER under these five Purchase Orders. Defendant's Answer, ¶ 34., May 30th, 2008. The Report by the United States Department of Veterans Affairs' Office of Inspector General questions $722,108 of the $3,510,602 costs Claimed by Plaintiff AFTERDISASTER in the certified Contract Disputes Act Claim submitted to United States Department of Veterans Affairs Contracting Officer Brenda Stewart. Attachment 3.

6. On Thursday, April 24th, 2008 United States Department of Veterans Affairs Contracting Officer Brenda Stewart issued her Final Decision on Plaintiff's AFTERDISASTER's certified Contract Disputes Act Claim on May 16th, 2007. United States Department of Veterans Affairs Contracting Officer Brenda Stewart finds in her Final Decision of April 24th, 2008 that Plaintiff AFTERDISASTER is "currently due a com-

bined total of $2,248,911.69 for work performed under Purchase Orders 586-C60194, 586-C60195, 586-C60204, 586-C60216, and 586-C60218." Attachment 4.

7. Defendant does not challenge the finding of United States Department of Veterans Affairs Contracting Officer Brenda Stewart in her Final Decision of April 24th, 2008 that Plaintiff AFTERDISASTER is "currently due a combined total of $2,248,911.69 for work performed under Purchase Orders 586-C60194, 586-C60195, 586-C60204, 586-C60216, and 586-C60218." Defendant's Answer, ¶¶ 29. and 34., May 30th, 2008.

Respectfully submitted,

/s/ Cyrus E. Phillips IV

Cyrus E. Phillips IV

District of Columbia Bar Number 456500,
Virginia State Bar Number 03135

June 3rd, 2008

1828 L Street, N.W., Suite 660
Washington, D.C. 20036-5112

Telephone: (202) 466-7008
Facsimile: (202) 466-7009

Electronic Mail: lawyer@procurement-lawyer.com

Attorney of record for Plaintiff,
Southeast Restoration, Inc. d/b/a AFTERDISASTER.

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that on Tuesday, June 3rd, 2008 a true and complete copy of this Plaintiff's Proposed Findings of Uncontroverted Fact was filed electronically via the Court's Electronic Case Filing System, through which notice of this filing will be sent to:

Armando A. Rodriguez-Feo, Esq.

Electronic Mail: Armando.Rodriguez-Feo@usdoj.gov

Attorney of record for Defendant,
United States Department of Veterans Affairs.

/s/ Cyrus E. Phillips IV

__________________________

Cyrus E. Phillips IV