IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SOUTHEAST RESTORATION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-884C |
| | ) | (Judge Bush) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S FIRST MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant respectfully requests an enlargement of time of 30 days, to and including August 6, 2008, within which to file its response to plaintiff's June 4, 2008 motion for partial summary judgment that is currently due on July 7, 2008. This is defendant's first request for an enlargement of time for this purpose. Defendant has contacted plaintiff's counsel who has indicated that plaintiff will only consent to an enlargement of time until July 21, 2008, which is the date that the joint preliminary status report ("JPSR") is due, and opposes our request for an additional two weeks.[1]

The reason for this request is that Department of Justice counsel was out of the office until June 16, 2008, performing reserve military duty, when this motion was filed. He will be out of the office again on June 19 and 20, 2008, on leave and from June 24 until July 7, 2008, for the purpose of taking depositions in Tampa, Florida, in the case of Great Lakes v. United States, No. 07-218C (Fed. Cl.), and case-related travel to Germany in the matter of Securitas v. United States, No. 07-255C (Fed. Cl.). Department of Justice counsel will be back in the office on July

[1] The Government is not seeking to reschedule the JPSR and plans to file it before July 21, 2008.

7, 2008. Upon his return, he will have to respond to two summary judgment motions, one in this case and the other in the case of Aliamanu Conservation Partners, Inc., v. United States, No. 07-134 (Fed. Cl.). In addition, Department of Justice counsel must appear at a hearing in West Palm Beach, Florida, in connection with the aforementioned Great Lakes case on July 21, 2008, and must travel to Las Vegas, Nevada, in July and Honolulu, Hawaii, in August in connection with the aforementioned Aliamanu case.

For these reasons, defendant respectfully requests that the Court grant its motion for a 30-day enlargement of time within which to file its response to plaintiff's summary judgment motion.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/Armando Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 307-3390
Fax: (202) 514-8624

June 18, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 18th day of June, 2008, a copy of the foregoing "DEFENDANT'S FIRST MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/Armando Rodriguez-Feo