# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **SOUTHEAST RESTORATION, INC.**<br>**d/b/a AFTERDISASTER**<br>**1130 West Vandalia Road**<br>**Greensboro, North Carolina 27406-5606** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 07-884C**<br>**Judge Lynn J. Bush** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S FIRST MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND**

Pursuant to RCFC 7.2(a) Plaintiff Southeast Restoration, Inc. d/b/a AFTERDISASTER (AFTERDISASTER), a North Carolina corporation and a small business, Plaintiff herein, hereby files this Opposition to Defendant's First Motion for an Enlargement of Time to Respond to Plaintiff's Motion for Partial Summary Judgment.

A. Defendant has not shown that it lacks sufficient time to Respond to Plaintiff's Motion for Partial Summary Judgment given that Defendant has affirmed in its Motion

that the Joint Preliminary Status Report will be filed as required on or before July 21st, 2008.

B. Plaintiff provided to Defendant on May 20th, 2008, well before Defendant's Answer was filed on May 30th, 2008 a draft of the Joint Preliminary Status Report completed with the information and the assertions required to be set out by Plaintiff.

C. If Defendant can complete and file the Joint Preliminary Status Report by July 21st, 2008 then Defendant can likewise complete and file its Response to Plaintiff's Motion for Partial Summary Judgment—the one task is not now significantly more complex than the other.

WHEREFORE, Plaintiff AFTERDISASTER opposes Defendant's Motion for an enlargement of the time period through August 6th, 2008 within which Defendant may file its Response to Plaintiff's Motion for Partial Summary Judgment.

Respectfully submitted,

/s/ Cyrus E. Phillips, IV

______________________
Cyrus E. Phillips, IV

District of Columbia Bar Number 456500,
Virginia State Bar Number 03135

June 19th, 2008

1828 L Street, N.W., Suite 660
Washington, D.C. 20036-5112

Telephone: (202) 466-7008
Facsimile: (202) 466-7009
Electronic Mail: lawyer@procurement-lawyer.com

Attorney of record for Plaintiff,
Southeast Restoration, Inc. d/b/a AFTERDISASTER.

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that on Thursday, June 19th, 2008 a true and complete copy of this Plaintiff's Opposition was filed electronically via the Court's Electronic Case Filing System, through which notice of this filing will be sent to:

Armando A. Rodriguez-Feo, Esq.

Electronic Mail: Armando.Rodriguez-Feo@usdoj.gov

Attorney of record for Defendant,
United States Department of Veterans Affairs.

/s/ Cyrus E. Phillips, IV

______________________
Cyrus E. Phillips, IV