# In the United States Court of Federal Claims

No. 07-884 C
(Filed June 20, 2008)

* * * * * * * * * * * * * * * * * * * * *
SOUTHEAST RESTORATION, INC., d/b/a AFTERDISASTER, *

*Plaintiff*, *

v. *

THE UNITED STATES, *

*Defendant*. *
* * * * * * * * * * * * * * * * * * * * *

## ORDER

On June 18, 2008, defendant filed an opposed First Motion for an Enlargement of Time of thirty days, to and including August 6, 2008, to file its response to plaintiff's motion for partial summary judgment. Defendant states that the basis for an enlargement of time is due to counsel not being available to prepare his brief due to various commitments on defendant's calendar which counsel elaborated upon in detail. Additionally, defendant reports that plaintiff is willing to agree to a fourteen day enlargement, to and including July 21, 2008, however, it opposes an extension of thirty days. On June 19, 2008, plaintiff filed its opposition to defendant's motion for enlargement of time. Plaintiff states that an additional thirty-day extension is unwarranted. Upon consideration of the parties' arguments, the court determines that it will grant the government until August 6, 2008 within which to file its response to plaintiff's motion for partial summary judgment.

Accordingly, for good cause shown, it is hereby **ORDERED** that defendant's Motion for an Enlargement of Time, filed June 18, 2008, is **GRANTED**; and defendant shall **FILE** its **Response** to plaintiff's motion for partial summary judgment on or before **August 6, 2008**.

s/Lynn J. Bush
LYNN J. BUSH
Judge