IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SOUTHEAST RESTORATION, INC., d/b/a AFTERDISASTER, | ) | |
| Plaintiff, | ) | No. 07-884C (Judge Bush) |
| v. | ) | |
| THE UNITED STATES | ) | |
| Defendant. | ) | |

DEFENDANT'S RESPONSE TO PLAINTIFF'S
PROPOSED FINDINGS OF UNCONTROVERTED FACTS

1. Plaintiff AFTERDISASTER is the Awardee of Purchase Orders Numbers 586-C6-0194, 586-C6-0195, 586-C6-0204, 586-C6-0216 and 586-C6-0218. Plaintiff's Complaint, ¶ 6., December 18th, 2007; Defendant's Answer, ¶ 6., May 30th, 2008. Purchase Order Number 586-C6-0194 reserves appropriated funds in the amount of $75,000. Purchase Order Number 586-C6-0195 reserves appropriated funds in the amount of $1,500,000. Purchase Order Number 586-C6-0204 reserves appropriated funds in the amount of $750,000. Purchase Order Number 586-C6-0216 reserves appropriated funds in the amount of $75,000. Purchase Order Number 586-C6-0218 reserves appropriated funds in the amount of $85,000. Attachment 1.

Response: Admits to the extent supported by the documents cited. Disagree with Afterdisaster's characterization of the effect of said purchase orders.

2. Purchase Order Number 586-C6-0194 was signed October 28th, 2005. Plaintiff AFTERDISASTER was paid $74,250 under Purchase Order Number 586-C6-0194 on June 13th, 2006. Purchase Order Number 586-C6-0195 was signed October 28th, 2005. Purchase Order Number 586-C6-0204 was signed November 8th, 2005. Purchase Orders Numbers 586-C6-0216 and 586-C6-0218 were signed November 18th, 2005. Plaintiff AFTERDISASTER has delivered

remediation services under Purchase Orders Numbers 586-C6-0194, 586-C6-0195, 586-C6-0204, 586-C6-0216 and 586-C6-0218. Plaintiff AFTERDISASTER has been paid nothing for remediation services delivered under Purchase Orders Numbers 586-C6-0195, 586-C6-0204, 586-C6-0216 and 586-C6-0218.

Response: Agree.

3. Plaintiff AFTERDISASTER submitted to [the] United States Department of Veterans Affairs Contracting Officer Brenda Stewart on May 16th, 2007 a certified $3,510,602 Contract Disputes Act Claim for remediation services delivered by Plaintiff AFTERDISASTER under Purchase Orders Numbers 586-C6-0194, 586-C6-0195, 586-C6-0204, 586-C6-0216 and 586-C6-0218. Plaintiff's Complaint, ¶ 28., December 18th, 2007; Defendant's Answer, ¶ 28., May 30th, 2008. This certified Contract Disputes Act Claim seeks recovery of $2,295,830 for remediation services delivered within amounts established for these Purchase Orders and this certified Contract Disputes Act Claim seeks recovery of $1,214,772 for continued remediation services delivered over and above the amounts established for these Purchase Orders. Attachment 2.

Response: Admits to the extent supported by the documents cited.

4. On December 18th, 2007[,] Plaintiff AFTERDISASTER filed with the Court a Complaint on a Claim Under Express Contracts in accordance with RCFC 7(a). Plaintiff AFTERDISASTER seeks declaratory relief and a money judgment under the Contract Disputes Act, 41 U.S.C. § 609(a)(1), and under the Federal Courts Administration Act of 1992, 28 U.S.C. §§ 1391 (a)(1), 1491(a)(2). Under 41 U.S.C. § 605(c)(2) Plaintiff AFTERDISASTER challenges the Deemed Denial of a certified Contract Disputes Act Claim for $3,510,602 under express Contracts between AFTERDISASTER and the United States Department of Veterans Affairs

(Veterans Affairs), a certified Contract Disputes Act Claim arising under Purchase Orders Numbers 586-C6-0194, 586-C6-0195, 586-C6-0204, 586-C6-0216 and 586-C6-0218 for remediation services delivered by Plaintiff AFTERDISASTER at the former United States Department of Veterans Affairs Medical Center, New Orleans, Louisiana. Plaintiff AFTERDISASTER asks for a Money Judgment not less than $3,510,602, allowable interest under 41 U.S.C. §611, and such other and further relief as may be just and proper.

Response: Agree that the foregoing is contained in plaintiff's complaint.

5. On March 3rd, 2008[,] the Untited States Department of Veterans Affairs' Office of Inspector General issued its Report on the costs Claimed by Plaintiff AFTERDISASTER under these five Purchase Orders. Defendant's Answer, ¶ 34., May 30th, 2008. The Report by the United States Department of Veterans Affair's Office of Inspector General questions $722,108 of the $3,510,602 costs Claimed by Plaintiff AFTERDISASTER in the certified Contract Disputes Act Claim submitted to the United States Department of Veterans Affairs Contracting Officer Brenda Stewart. Attachment 3.

Response: Admits to the extent supported by the documents cited.

6. On Thursday, April 24th, 2008[,] [the] United States Department of Veterans Affairs Contracting Officer Brenda Stewart issued her Final Decision on Plaintiff's [sic] AFTERDISASTER's certified Contract Disputes Act Claim on May 16th, 2007. [The] United States Department of Veterans Affairs Contracting Officer Brenda Stewart finds in her Final Decision of April 24th, 2008 that Plaintiff AFTERDISASTER is "currently due a combined total of $2,248,911.69 for work performed under Purchase Orders 586-C60194, 586-C60195, 586-C60204, 586-C60216, and 586-C60218." Attachment 4.

Response: Admits to the extent supported by the documents cited.

7. Defendant does not challenge the finding of [the] United States Department of Veteran's Affairs Contracting Officer Brenda Stewart in her Final Decision of April 24th, 2008 that Plaintiff AFTERDISASTER is "currently due a combined total of $2,248,911.69 for work performed under Purchase Orders 586-C60194, 586-C60195, 586-C60204, 586-C60216, and 586-C60218." Defendant's Answer, ¶¶ 29. and 34., May 30th 2008.

Response: Agree to the extent that this finding summarizes the contracting officer's final decision.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/Armando Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 307-3390
Fax: (202) 514-8624

July 28, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 28th day of July, 2008, a copy of the foregoing "DEFENDANTS RESPONSE TO PLAINTIFF'S PROPOSED FINDINGS OF UNCONTROVERTED FACTS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/Armando Rodriguez-Feo