**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SOUTHEAST RESTORATION, INC.,<br>d/b/a AFTERDISASTER, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-884C<br>(Judge Bush) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's August 18, 2008 order, the parties propose the following discovery schedule.

| | |
|---|---|
| Serve Initial Disclosures Upon Each Other | September 16, 2008 |
| Close of Fact Discovery | January 16, 2008 |

At this time, the parties do not anticipate retaining expert witnesses; should either party retain an expert witness, the parties request leave of the Court to amend the proposed discovery schedule to incorporate such expert discovery.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ Cyrus E. Phillips, IV
CYRUS E. PHILLIPS, IV
1828 L St., NW, Suite 660
Washington, D.C. 20036-5112
Tel: (202) 466-7008
Fax: (202) 466-7009

Attorney for Plaintiff

August 22, 2008

s/Armando A. Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tel: (202) 307-3390
Fax: (202) 514-8624

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 22nd day of August, 2008, a copy of foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Armando Rodriguez-Feo