# In the United States Court of Federal Claims

No. 07-884 C

(Filed August 25, 2008)

* * * * * * * * * * * * * * * * * * * * * *
SOUTHEAST RESTORATION, INC., d/b/a AFTERDISASTER, *

*Plaintiff*, *

v. *

THE UNITED STATES, *

*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to the court's order of August 18, 2008, the parties filed a Joint Status Report on August 22, 2008. Therein, the parties proposed a discovery schedule. Additionally, the parties state that since they do not anticipate retaining expert witnesses, their proposed schedule does not allocate time for expert discovery. However, the parties agree that if either party decides to retain an expert witness, the parties shall request leave of the court to amend the proposed discovery schedule incorporating the additional time needed for expert discovery.

Accordingly, it is hereby **ORDERED** that

(1) The parties proposed discovery schedule, set forth below, is **GRANTED**; and

| | |
|---|---|
| **Initial Disclosures** | **September 16, 2008** |
| **Fact Discovery** | **January 16, 2009** |

(2) On **January 30, 2009**, or two weeks after completion of discovery, whichever occurs earlier, counsel are directed to **FILE** a **Joint Status**

**Report** informing the court of the status of proceedings in the case and the extent to which the parties have determined whether any or all of the instant matter may be settled. The status report shall also set forth a proposed schedule for the exchanges required by Appendix A, ¶ 13 and the filings required by ¶¶ 14 through 17. Finally, the parties are directed to inform the court whether any or all of the issues presented may be resolved by dispositive motion and if so, a deadline for the submission of a moving brief shall be stated.

s/Lynn J. Bush
LYNN J. BUSH
JUDGE