# In the United States Court of Federal Claims

| | |
|---|---|
| **SOUTHEAST RESTORATION, INC.,** | |
| **Plaintiff,** | **No. 07-884C** |
| **v.** | **Filed: September 9, 2008** |
| **UNITED STATES,** | **cc: Judge Bush** |
| **Defendant.** | |

## O R D E R

The court held an ADR Conference in the above-captioned case on September 9, 2008, with the parties appearing by telephone. As discussed at the ADR Conference, the parties shall continue to consult and assess settlement possibilities and, on or before **Tuesday, October 7, 2008**, shall file a Joint Status Report advising the court whether or not the parties desire to pursue ADR, either at this early stage of proceedings or at a later stage in the case. One party may file the Joint Status Report with the consent of the other party. A copy of this order is being provided to Presiding Judge Bush.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**